GILES H. AND JESSE F. BURDETT, ADM'RS, v. F. W. CHAND-
LER AND E. D. BARNETT.

The levy of an execution upon land, during the lifetime of the defendant in the
execution, creates such a special lien upon the property, as will authorize its
enforcement, after the death of such defendant, in the county court, by an order
of sale of the same (Hart. Dig. 1168 and 1171,) on a credit of six months.

ERROR from Travis.    Tried before the Honorable Alexander
W. Terrell.    The facts of the case are stated in the opinion of
the court.

*Hancock* and *West*, for plaintiffs in error.

*Chandler* and *Turner*, for defendants in error.

BELL, J.    This suit was commenced in the County Court of
Travis county, by the defendants in error, against the plaintiffs
in error, as administrators of the estate of Newell W. Burdett,
deceased, to enforce special liens against certain real property
(a tract of land in Travis county,) belonging to the said estate.
The plaintiffs in the County Court exhibited the judgments of
the District Court for Travis county, in their favor, and against
Newell W. Burdett; and also showed that executions upon said
judgments had been levied upon the land now sought to be sub-
jected, during the lifetime of the said Newell W. Burdett. The
liens claimed by the defendants in error seem to be clearly
established.    The County Court ordered the land to be sold on
a credit of six months, in satisfaction of the debts and liens of
the defendants in error.    It was clearly competent for the
County Court   to   make the order. (Hartley's Dig. Art. 1168
and 1171.    The cause was taken by appeal to the District
Court, and that court rendered the same judgment that had
been rendered by the County Court.    We see no error in the
judgment, and the same is affirmed with damages.

                                        Judgment affirmed.